IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Tyrone Devore Thomas )
Full name and prison name of )
Plaintiff(s) )
 )
 )
v. )     CIVIL ACTION NO. 2:07cv 498-MEF
 )     (To be supplied by Clerk of U.S. District
State of Alabama )     Court)
Turman Hobbs )
Wilton Durant )
 )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.   PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐   No ☑

B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.   Parties to this previous lawsuit:

        Plaintiff(s) TYRONE THOMAS

        Defendant(s) State of ALABAMA

   2.   Court (if federal court, name the district; if state court, name the county)

        Montgomery County Circuit Court

3. Docket number _____

4. Name of judge to whom case was assigned **Truman Hobbs**

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) **No**

6. Approximate date of filing lawsuit **6/1/07**

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **Montgomery County Jail**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Montgomery County Court house**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Judge Truman Hobbs | Montgomery County Courthouse |
| 2. | State of Alabama | |
| 3. | Wiston Durant (Lawyer) | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **May/06**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **On or about May 2006 Mr. Judge Truman Hobbs Jr. sentenced Tyrone Devone Thomas to 20 years without a mental evaluation.**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Im schizophrenic and bi-polar
I was under the care of a Physician Prior to my conviction
Ive requested a mental evaluation during my incarceration, Ive served 1year 8month of my sentence thus fa[r]

GROUND TWO: 

SUPPORTING FACTS: 

GROUND THREE: 

SUPPORTING FACTS:

Statement                                                    6/3/07

Mr. Truman Hobbs Jr.
Sentenced Tyrone Deone Thomas to 20 years in Prison without a mental health evaluation or any kind of I.Q. Nothing And also I Tyrone Deone Thomas was sentenced on or about May 2006, I also mention my mental health history to Attorney Winston Durant (Lawer) he did even try to force it toward the court,
I Tyrone Thomas made several compliant to the Criminal Court of appeal and also they tol me there was no issuse to be appeal. Therefore the feel my Constitutional right has be Violated,
I've been mental health since Second Grade, also I recive medcation for my mental illness I Tyrone Thomas learned the a evaluation Suppose to take place before trial,

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Sue the state of Alabama for one million dollars And dismiss my case so I can go on with my life

*Tyrone Thomas*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
(Date)

*Tyrone Thomas*
Signature of plaintiff(s)

6/3/07

I have written several requests forms, to have a notary public to come and notarize my paperwork but the peoples here at the County will not respond to my request, and on the law library we hardly ever go and we only get 30 min. to the law library so I'm doing this the best that I can, Judge Truman Hobbs, sentenced me to 20 years in prison, now after sentencing me, he now wants to have me a evaluation and I don't think that legal, from my understand he suppose to have evaluate before trial, what should I do about this matter? Please appoint me a lawer cause I feel they playing with my life over here, and I often stay stressed and depress, If its nothing you could do to help me out could you please tell me someone who will, also could you please send me the following address the United Department of Justice, and the N.A.A.C.P.

Thank you very much

[signature]

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101

Tigene Young 185148
3-B8
Bibb Co. SP
Brent, Gary, AL 36103

INMATE MAIL